IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION<br>OF NORTH AMERICA, LOCAL NO. 199, ET AL. | : | CIVIL ACTION |
| | : | NO. 06-cv-00559 (GMS) |
| Plaintiffs, | : | |
| v. | : | |
| EDWARD J. WILKINSON CO., INC. | : | |
| Defendant. | : | |

**REQUEST FOR ENTRY OF DEFAULT**

TO:   Mr. Peter T. Dalleo
      Clerk of the United States District Court
      U. S. District Court for the District of Delaware
      844 N. King Street
      Wilmington, DE 19801

Please enter the default of the Defendant, Edward J. Wilkinson Co., for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

This request is made pursuant to Rule 55(a) and is supported by the accompanying certification of Timothy J. Snyder.

Respectfully submitted,

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

BY: _____
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:
Jonathan Walters, Esquire
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs

Dated: February 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199, ET AL., : <br><br> Plaintiffs, : <br><br> v. : <br><br> EDWARD J. WILKINSON CO., INC. : <br><br> Defendant. : | NO. 06-cv-00559 (GMS) |

CERTIFICATION OF TIMOTHY J. SNYDER
IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

TIMOTHY J. SNYDER. hereby certifies as follows:

1. This certification is made in support of the Plaintiffs' request for the entry of default against the Defendant in this action.

2. I am the attorney for the Plaintiffs and I have personal knowledge of the following facts.

3. This action was commenced on or about September 8, 2006, by the filing of a Complaint and the issuance of a Summons.

4. The Defendant was served with the Summons and Complaint on September 11, 2006, as shown by the return of service that has been filed with this Court.

5. The Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

6. More than twenty days have passed since service of the Summons and Complaint.

I certify that the foregoing statements are true.

           YOUNG CONAWAY
           STARGATT & TAYLOR, LLP

BY: _____
     Timothy J. Snyder (No. 2408)
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, DE 19801
     Telephone: (302) 571-6645
     Telefax: (302) 576-3336
     Email: tsnyder@ycst.com

     Of Counsel:
     Jonathan Walters, Esquire
     121 S. Broad Street, Suite 1100
     Philadelphia, PA 19107
     Telephone: (215) 875-3121
     Telefax: (215) 790-0668
     Email: jwalters@markowitzandrichman.com
     Attorneys for Plaintiffs

Dated: February 16, 2007