IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DE et al. )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>EDWARD J. WILKINSON CO., INC. )<br>)<br>    Defendant ) | Civil Action No. 06-559 GMS |

**ORDER**

WHEREAS, on September 8, 2006, plaintiffs filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on September 12, 2006, a return of service executed as to the defendant was filed with the court (D.I. 3);

WHEREAS, the defendant's answer to the Complaint was due on October 2, 2006

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Date: Feb. 20, 2007

_____
UNITED STATES DISTRICT JUDGE



FILED

FEB 21 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE