IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DE, et al. )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>EDWARD J. WILKINSON CO., INC. )<br>)<br>Defendant ) | Civil Action No. 06-559 GMS |

**ENTRY OF DEFAULT**

It appearing from the file in this office that a return of service was filed showing service on the defendant on September 12, 2006, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: September 27, 2007

/s/
By: Marie McDavid, Deputy Clerk