IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS INTERNATIONAL UNION<br>OF NORTH AMERICA, LOCAL NO. 199, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. WILKINSON CO., INC.<br><br>Defendant. | CIVIL ACTION<br><br>NO. 06-cv-00559 (GMS) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby voluntarily dismiss this action with prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 9, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/ Timothy J. Snyder_
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Jonathan Walters, Esquire
MARKOWITZ & RICHMAN
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs